UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


To the Marshal of the District of Massachusetts, or any of his deputies, and to:

**Superintendent**

**MCI-Gardner**

**500 Colony Gardner Rd.**

**Gardner, MA 01440**


YOU ARE COMMANDED to have the body of **Shawn Robert Pelley** now in your custody, before the United States Courthouse, One Courthouse Way, Boston, MA Courtroom No. **25**, on at **April 6, 2012**, 11:15AM for the purpose of **Arraignment** in the case of **US v. Pelley,** No. **12-CR-2044-MBB.**

And you are to retain the body of said **Shawn Robert Pelley** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return the said **Shawn Robert Pelley** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this Second day of April, 2012.

Sarah A. Thornton

Clerk,

By: /s/ Brendan Garvin