UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) ) ) ) | No. 12-mj-02044-MMB |
| v. | ) ) |  |
| SHAWN PELLEY | ) ) ) |  |

**MOTION TO CONTINUE**
(Assented To)

Now comes the defendant, Shawn Pelley, to continue the Rule5.1 hearing (the "probable cause" hearing), currently scheduled for Tuesday, April 17, 2012 for a period of three weeks to a date convenient to the Court. In support of this Motion the defendant states that ongoing discussions between the parties may obviate the need for the hearing.

For the foregoing reasons, the defendant prays the Court allow this Motion.

                                                  Respectfully Submitted,
                                                  Shawn Pelley
                                                  By his attorney

                                                  /s/ *Michael C. Andrews*
                                                  Michael C. Andrews
                                                  One Commercial Wharf West
                                                  Boston, Massachusetts 02110
                                                  (617) 951-0072
                                                  BBO# 546470

Certificate of Service

I hereby certify that a true copy of the foregoing was served upon counsel for the United States through the ECF system on April 16, 2012.
                                                  /s/ *Michael C. Andrews*
                                                  Michael C. Andrews